**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
NICHOLAS F. PSYK
Nevada Bar No. 15983
Emails: ghayes@tysonmendes.com
npsyk@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant, Walmart, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BENJAMIN CALHOUN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> WALMART, INC. a foreign corporation; DOES 1-20; ROE CORPORATIONS 1-20; inclusive, <br><br> Defendants. | CASE NO.: 2:24-cv-01827-DJA <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff BENJAMIN CALHOUN, by and through his counsel, CHARLES S. JACKSON, ESQ. and MYSTY D. LANGFORD, ESQ. of RICHARD HARRIS LAW FIRM, Defendant WALMART, INC., by and through their counsel, GRIFFITH H. HAYES, ESQ. and NICHOLAS F. PSYK, ESQ. of TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice.

DATED this 18th day of February 2025.                DATED this 18th day of February 2025.

**RICHARD HARRIS LAW FIRM**                          **TYSON & MENDES LLP**

*/s/ Mysty D. Langford*                              */s/ Griffith H. Hayes*
MYSTY D. LANGFORD                                    GRIFFITH H. HAYES
Nevada Bar No. 16909                                 Nevada Bar No. 7374
801 South Fourth Street                              NICHOLAS F. PSYK
Las Vegas, Nevada 89101                              Nevada Bar No. 15318
*Attorneys for Plaintiff*                            *Attorneys for Defendant Walmart, Inc.*

1

# ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

IT IS HEREBY ORDERED that this case in its entirety, is dismissed WITH PREJUDICE each party to bear its own attorney's fees and costs herein.

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:
**TYSON & MENDES LLP**

 /s/ Griffith H. Hayes
Griffith H. Hayes
Nevada Bar No. 7374
Nicholas F. Psyk
Nevada Bar No. 15983
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant, Walmart, Inc.*

| | |
|---|---|
| **From:** | Mysty D. Langford |
| **To:** | Nick Psyk |
| **Cc:** | Griffith Hayes; Heidi Brown; Stefania Rota Scalabrini; Nilou Soltani; Doc Team |
| **Subject:** | Re: Calhoun v. Walmart (TM: 24-3572) |
| **Date:** | Tuesday, February 18, 2025 3:10:33 PM |
| **Attachments:** | image001.png |

Nick,

You may affix my e-signature. Thank you for preparing.

**Mysty D. Langford**
Lawyer - Partner

Direct Dial - 702-444-4367



| Las Vegas | Reno |
|---|---|
| 801 South 4th Street | 6900 S. McCarran Blvd., #1010 |
| Las Vegas NV 89101 | Reno NV 89509 |
| Ph. (702) 444-4444 x 297 | Ph. (775) 222-2222 |

| | | |
|---|---|---|
|  | | |

*Please read the Legal Disclaimer that governs this email and any attachments.*

**From:** Nick Psyk <NPsyk@TysonMendes.com>
**Sent:** Tuesday, February 18, 2025 2:52 PM
**To:** Mysty D. Langford <mlangford@richardharrislaw.com>
**Cc:** Griffith Hayes <ghayes@TysonMendes.com>; Heidi Brown <HBrown@TysonMendes.com>; Stefania Rota Scalabrini <SRotascalabrini@TysonMendes.com>; Nilou Soltani <nilou@richardharrislaw.com>; Doc Team <zdocteam@richardharrislaw.com>
**Subject:** RE: Calhoun v. Walmart (TM: 24-3572)

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mysty,

Please find attached a draft SAO to Dismiss with prejudice. Please let me know if you have any revisions to this draft. Otherwise, please advise if we have your authority to affix your e-signature to the stipulation for submission to the Court.

Thank you,



Nicholas Psyk
**Attorney**
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
**Main**: 702.724.2648
**Direct:** 725.235.7475
**Fax**:   702.410.7684
NPsyk@tysonmendes.com
www.tysonmendes.com

*This email and any attachments are from the law firm of Tyson & Mendes, LLP.  This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited.  If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information.*